jackcarterpet

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG 24 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JACK DAVIS CARTER,<br><br>    Defendant. | MAGISTRATE CASE NO. 05-00040<br><br>**PETITION FOR WRIT<br>OF REMOVAL** |

Petitioner, United States Attorney for the District of Guam, respectfully shows this Court that:

1. On October 28, 2004, the United States Attorney's Office, for the Eastern District of California filed an indictment charging the defendant with Use of Facility of Interstae Commerce to Induce Munor to Engage in Criminal Sexual Activity in violation of Title 18, United States Code, Section 2422(b);

2. On October 28, 2004, U.S. Magistrate Judge Snyder, U.S. District Court for the Eastern District of California, issued a no bail warrant of arrest for the defendant to be brought to the Eastern District of Californai to answer charges of the indictment. A copy of the indictment and warrant for arrest are attached and incorporated herein as Exhibit 1.

3. On August 24, 2005, the defendant was transported to Guam and was arrested.

| | |
|---|---|
| 1 | WHEREFORE, petitioner prays this Court to issue a writ of removal pursuant to Rule 5(c) for |
| 2 | said defendant from the District of Guam to the Eastern District of California. |
| 3 | DATED this 24th day of August 2005. |

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney

```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  DAVID L. GAPPA
    JONATHAN B. CONKLIN
 3  Assistant U.S. Attorneys
    3654 Federal Building
 4  1130 "O" Street
    Fresno, California 93721
 5  Telephone: (559) 498-7272
 6
 7
```

ORIGINAL FILED
OCT 28 2004

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR-F 04-5306 OWW |
| Plaintiff, | ) | VIOLATION: 18 U.S.C. § 2422(b) - Use of Facility of Interstate Commerce To Induce Minor to Engage in Criminal Sexual Activity |
| v. | ) | |
| JACK DAVIS CARTER, | ) | |
| Defendant. | ) | |

I hereby attest and certify on 10/28/04 that the foregoing document is a full, true and correct copy of the original on file in office and in my legal custody.
JACK L. WAGNER
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ Dep.

**INDICTMENT**

The Grand Jury charges T H A T:

JACK DAVIS CARTER, defendant herein, on or about and between November 18, 2003, to and including December 5, 2003, in the Eastern District of California, and elsewhere, using any facility and means of interstate and foreign commerce, knowingly persuaded, induced, enticed, and coerced an individual, who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense, and did attempt to do so, that is the defendant did use the Internet to persuade, induce

1

EXHIBIT 1

```
 1  and coerce an individual whom he believed to be under the age of
 2  18 (i.e. eight years old), to engage in sexual activity which
 3  constitutes a crime within the State of California, all in
 4  violation of 18 U.S.C. 2422(b).
 5
 6                                        A TRUE BILL.
 7
 8                                        _____
                                          FOREPERSON
 9
10  MCGREGOR W. SCOTT
    United States Attorney
11
    By_____
12    MARK E. CULLERS,
      Assistant U.S. Attorney
13    Chief, Fresno Office
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                    2
```

Original

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

JACK DAVIS CARTER

**WARRANT FOR ARREST**

Case Number: CR. F-04-5306 OWW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Jack Davis Carter**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment ☐ Information ☐ Violation Petition ☐ Other _____

charging him or her with (brief description of offense)

Use of Facility of Interstate Commerce to Induce Minor to Engage in Criminal Sexual Activity

in violation of Title __18__ United States Code, Section(s) __2422(b)__

J Hellings
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

October 28, 2004 - Fresno, CA
Date and Location

Bail fixed at $ **No Bail**  by  Magistrate Judge Sandra M. Snyder

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

| Date Received | Name and Title of Arresting Officer |
| --- | --- |
| Date of Arrest | Signature of Arresting Officer |