IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**MAGISTRATE CRIMINAL MINUTES**


FILED
DISTRICT COURT OF GUAM
AUG 24 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. MJ-05-00040**     **DATE: 08/24/2005**

***

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge     Law Clerk: Judith Hattori
Court Reporter: Wanda M. Miles     Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 3:38:54 - 3:45:09     CSO: J. Lizama / L. Ogo

*********************** **A P P E A R A N C E S** ***********************

**DEFT: JACK DAVIS CARTER**     **ATTY : KIM SAVO**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.     ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID     AGENT:

U.S. PROBATION: JUDY OCAMPO     U.S. MARSHAL: W. GRAY

***

**PROCEEDINGS: - INITIAL APPEARANCE / IDENTITY HEARING / WARRANT OF REMOVAL**

( ) COMPLAINT READ TO DEFENDANT
( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: __FEDERAL PUBLIC DEFENDER__ , ATTORNEY APPOINTED
( ) DEFENDANT SWORN AND EXAMINED: AGE: ___ HIGH SCHOOL COMPLETED: _____
( ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( X ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( X ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
    OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( ) PLEA ENTERED: ( ) *GUILTY* ( ) *NOT GUILTY* - TO:_____
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____ ( ) STATUS HEARING:_____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( X )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

NOTES:

The Court advised the Defendant of his rights. The Court executed the Warrant of Removal and Ordered that the Defendant be committed to the custody of the U.S. Marshal for the District of Guam for removal to the Eastern District of California and there deliver him to the United States Marshal for the Eastern District of California or to some other officer authorized to receive him.