DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>**JACK DAVIS CARTER,**<br><br>　　　　　Defendant. | MAGISTRATE CASE NO. **05-00040**<br><br>O R D E R |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case.

Dated this 24th day of August, 2005.

　　　　　　　　　　　　　　　　　／s／ JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT OF GUAM