LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
AUG 24 2005 *qp*
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JACK DAVIS CARTER,<br><br>　　　　　　　　Defendant. | MAGISTRATE CASE NO. 05-00040<br><br>**WAIVER OF IDENTITY<br>AND ORDER** |

The defendant, after advice of counsel, waives an identity hearing and consents to an issuance of an Order requiring his appearance in the Eastern District of California where there is a warrant outstanding for his arrest.

24-Aug-2005
DATE

_____
JACK DAVIS CARTER
Defendant

APPROVED AS TO FORM:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

\*\*\*\*\*ORDER\*\*\*\*\*

JACK DAVIS CARTER, having been arrested in the District of Guam on a Warrant of Arrest, and having waived identity, JACK DAVIS CARTER, is committed to the U.S. Marshal's Office for the District of Guam for removal to the Eastern District of California and there deliver him to the U.S. Marshal for the Eastern District of California or to some other officer authorized to receive him.

8/24/2005
DATE

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam