ORIGINAL

FILED
DISTRICT COURT OF GUAM
AUG 24 2005 ap
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JACK DAVIS CARTER,<br><br>    Defendant. | MAGISTRATE CASE NO. 05-00040<br><br>**WARRANT OF REMOVAL** |

TO: U.S. MARSHAL
     District of Guam

    An Indictment for defendant, JACK DAVIS CARTER, having been filed in the United States District Court for the Eastern District of California, Docket No. CR F-04-5306 OWW, charging JACK DAVIS CARTER, with Use of Facility of Interstate Commerce to Induce Minor to Engage in Criminal Sexual Activity and a Warrant for Arrest having issued for his arrest, and

    Said JACK DAVIS CARTER, having been arrested in this District on a warrant of arrest issued pursuant to the above indictment, admitted identity, and to being held to answer in the Eastern District of California, JACK DAVIS CARTER is committed to your custody pending removal to the Eastern District of California;

    You are therefore commanded to remove JACK DAVIS CARTER forthwith to the Eastern District of California and there deliver him to the United States Marshal for the District or to some other officer authorized to received him.

    DATED this 24th day of August 2005.

RECEIVED
AUG 24 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam