# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Jack Davis Carter, <br><br> Defendant. | Case No. 1:05-mj-00040 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Waiver of Identity and Order, filed August 24, 2005* on the dates indicated below:

*U.S. Marshal Service*
*August 25, 2005*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Waiver of Identity and Order, filed August 24, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 25, 2005                                        /s/ Leilani R. Toves Hernandez
                                                                              Deputy Clerk